# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

| | |
|---|---|
| UNITED FACULTY OF FLORIDA, et al. *Plaintiffs*, v. BRIAN LAMB, in his official capacity as Chair of the Florida Board of Governors, et al. *Defendants*. | Case No. 1:24-cv-000136-MW-MAF |

## JOINT STATUS REPORT

In accordance with the Court's October 3, 2024 Initial Scheduling Order, Dkt. No. 18, ¶ 1(b), Plaintiffs and Defendants submit this Joint Status Report regarding the status of discovery.

The parties have each served initial requests for discovery, as well as their responses and objections to these requests.

Since the parties' last joint status report, on January 24, 2024, Plaintiffs served their first production in response to Defendants' Requests for Production.

| | |
|---|---|
| Dated: February 3, 2025 | Respectfully Submitted, |
| | |
| | ASHLEY MOODY |
| SELENDY GAY PLLC | ATTORNEY GENERAL |
| | |
| /s/ *Corey Stoughton* | /s/ *Sara E. Spears* |
| Corey Stoughton | Anita J. Patel (FBN 0070214) |
| | SPECIAL COUNSEL |
| Faith E. Gay (FBN 129593) | Anita.Patel@myfloridalegal.com |
| Corey Stoughton | Sara Spears (FBN 1054270) |
| Hannah R. Miles | ASSISTANT ATTORNEY GENERAL |
| Selendy Gay PLLC | Sara.Spears@myfloridalegal.com |
| 1290 Avenue of the Americas | Maryssa Hardy (FBN 1058666) |
| New York, NY 10104 | ASSISTANT ATTORNEY GENERAL |
| Tel: 212-390-9000 | Maryssa.Hardy@myfloridalegal.com |
| fgay@selendygay.com | ComplexLitigation.eservice@myfloridalegal.com |
| cstoughton@selendygay.com | Office of the Attorney General |
| hmiles@selendygay.com | PL-01 The Capitol |
| | Tallahassee, FL 32399-1050 |
| Mark H. Richard (FBN 305979) | 850-414-3300 |
| Phillips, Richard & Rind, P.A. | |
| 9360 S.W. 72nd Street, Suite 283 | *Attorneys for Defendants* |
| Miami, FL 33173 | |
| Tel: 305-412-8322 | |
| mrichard@phillipsrichard.com | |
| | |
| Daniel J. McNeil* | |
| American Federation of Teachers | |
| 555 New Jersey Avenue, N.W. | |
| Washington, D.C. 20001 | |
| Tel: 202-879-4400 | |
| dmcneil@aft.org | |
| | |
| *Attorneys for Plaintiffs* | |