# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

| | |
|---|---|
| UNITED FACULTY OF FLORIDA, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>BRIAN LAMB, in his official capacity as Chair of the Florida Board of Governors, et al.<br><br>*Defendants*. | Case No. 1:24-cv-000136-MW-MAF |

## JOINT STATUS REPORT

In accordance with the Court's October 3, 2024 Initial Scheduling Order, Dkt. No. 18, ¶ 1(b), Plaintiffs and Defendants submit this Joint Status Report regarding the status of discovery.

The parties have each served initial requests for discovery, as well as their responses and objections to these requests.

Since the parties' last joint status report, filed March 3, 2025, Plaintiffs and Defendants met and conferred regarding Defendants' Requests for Production on March 10, 2025.

On March 13, 2025, pursuant to Local Rule 7.1, the parties jointly moved to abrogate the mediation requirement. Dkt. No. 36; *see* Dkt. No. 27 ¶ 13. The Court granted that motion on March 14, 2025. Dkt. No. 37.

On March 17, 2025, Plaintiffs served their Second Sets of Requests for Admissions on Defendants.

On March 24, 2025, Plaintiffs sent the Board of Governors Defendants a good faith letter regarding their responses and objections to Plaintiffs' First Requests for Production.

On March 27, 2025, Plaintiffs served their First Sets of Interrogatories on Defendants. Plaintiffs also responded to Defendants' First Sets of Interrogatories.

| | |
|---|---|
| Dated: April 3, 2025 | Respectfully Submitted, |
| | JAMES UTHMEIER |
| SELENDY GAY PLLC | ATTORNEY GENERAL |
| */s/ Corey Stoughton* | */s/ Anita J. Patel* |
| Corey Stoughton | Anita J. Patel (FBN 0070214) |
| Faith E. Gay (FBN 129593) | SPECIAL COUNSEL |
| Hannah R. Miles | Anita.Patel@myfloridalegal.com |
| Selendy Gay PLLC | Sara Spears (FBN 1054270) |
| 1290 Avenue of the Americas | ASSISTANT ATTORNEY GENERAL |
| New York, NY 10104 | Sara.Spears@myfloridalegal.com |
| Tel: 212-390-9000 | Maryssa Hardy (FBN 1058666) |
| fgay@selendygay.com | ASSISTANT ATTORNEY GENERAL |
| cstoughton@selendygay.com | Maryssa.Hardy@myfloridalegal.com |
| hmiles@selendygay.com | ComplexLitigation.eservice@myfloridalegal.com |
| | Office of the Attorney General |
| Mark H. Richard (FBN 305979) | PL-01 The Capitol |
| Phillips, Richard & Rind, P.A. | Tallahassee, FL 32399-1050 |
| 9360 S.W. 72nd Street, Suite 283 | 850-414-3300 |
| Miami, FL 33173 | |
| Tel: 305-412-8322 | *Attorneys for Defendants* |
| mrichard@phillipsrichard.com | |

2

Daniel J. McNeil*
American Federation of Teachers
555 New Jersey Avenue, N.W.
Washington, D.C. 20001
Tel: 202-879-4400
dmcneil@aft.org

*Attorneys for Plaintiffs*