IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED FACULTY OF FLORIDA,**
et al.,

    *Plaintiffs,*

v.                                             Case No.: 1:24cv136-MW/MAF

**BRIAN LAMB, in his official capacity
as Chair of the Florida Board of Governors,**
et al.,

    *Defendants.*

_____/

## ORDER REMOVING CASE FROM TRIAL DOCKET

This case is currently set for a bench trial on October 6, 2025. However, cross-motions for summary judgment remain pending. Accordingly, this Court, on its own motion, directs the Clerk to **REMOVE** this case from the trial calendar. This Court will set this case for a status conference and reset pretrial deadlines, if necessary, after ruling on the pending motions.

    **SO ORDERED on August 22, 2025.**

                                                     s/Mark E. Walker
                                                     **United States District Judge**