# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

| | |
|---|---|
| UNITED FACULTY OF FLORIDA, et al.<br><br>        *Plaintiffs*,<br><br>v.<br><br>BRIAN LAMB, in his official capacity as Chair of the Florida Board of Governors, et al.<br><br>        *Defendants*. | Case No. 1:24-cv-000136-MW-MAF |

## JOINT STATUS REPORT

In accordance with the Court's October 3, 2024 Initial Scheduling Order, Dkt. No. 18, ¶1(b), Plaintiffs and Defendants submit this Joint Status Report.

Briefing on the motion for summary judgment was completed as of July 7, 2025.

The parties respectfully inform the Court that fact discovery closed on May 30, 2025. There are no further updates at this time.

| | |
|---|---|
| Dated: December 3, 2025 | Respectfully submitted, |
| SELENDY GAY PLLC | JAMES UTHMEIER<br>ATTORNEY GENERAL |
| */s/ Corey Stoughton* | */s/ Anita J. Patel* |
| Corey Stoughton<br>Faith E. Gay (FBN 129593)<br>Hannah R. Miles<br>SELENDY GAY PLLC<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Tel: 212-390-9000<br>cstoughton@selendygay.com<br>fgay@selendygay.com<br>hmiles@selendygay.com | Anita J. Patel (FBN 0070214)<br>SPECIAL COUNSEL<br>Anita.Patel@myfloridalegal.com<br>Sara Spears (FBN 1054270)<br>Sara.Spears@myfloridalegal.com<br>Maryssa Hardy (FBN 1058666)<br>ASSISTANT ATTORNEY GENERAL<br>Maryssa.Hardy@myfloridalegal.com<br>ComplexLitigation.eservice@myfloridalegal.com<br>Office of the Attorney General<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050<br>850-414-3300 |
| Mark H. Richard (FBN 305979)<br>Philips, Richard & Rind, P.A.<br>9360 S.W. 72nd Street, Suite 283<br>Miami, FL 33173<br>Tel: 305-412-8322<br>mrichard@philipsrichard.com | *Attorneys for Defendants* |
| Daniel J. McNeil<br>American Federation of Teachers<br>555 New Jersey Avenue, N.W.<br>Washington, D.C. 20001<br>Tel: 202-879-4400<br>dmcneil@aft.org | |
| *Attorneys for Plaintiffs* | |