**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

|  |  |
|---|---|
| UNITED FACULTY OF FLORIDA, et al.<br><br>      *Plaintiffs*,<br><br>  v.<br><br>BRIAN LAMB, in his official capacity as<br>Chair of the Florida Board of Governors, et al.<br><br>      *Defendants*. | Case No. 1:24-cv-000136-MW-MAF |

## **JOINT STATUS REPORT**

In accordance with the Court's October 3, 2024 Initial Scheduling Order, Dkt. No. 18, ¶1(b), Plaintiffs and Defendants submit this Joint Status Report.

Briefing on the motion for summary judgment was completed as of July 7, 2025.

The parties respectfully inform the Court that fact discovery closed on May 30, 2025. There are no further updates at this time.

Dated:    January 2, 2026

SELENDY GAY PLLC

/s/ Corey Stoughton
_____
Corey Stoughton
Faith E. Gay (FBN 129593)
Hannah R. Miles
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
cstoughton@selendygay.com
fgay@selendygay.com
hmiles@selendygay.com

Mark H. Richard (FBN 305979)
Philips, Richard & Rind, P.A.
9360 S.W. 72nd Street, Suite 283
Miami, FL 33173
Tel: 305-412-8322
mrichard@philipsrichard.com

Daniel J. McNeil
American Federation of Teachers
555 New Jersey Avenue, N.W.
Washington, D.C. 20001
Tel: 202-879-4400
dmcneil@aft.org

*Attorneys for Plaintiffs*

Respectfully submitted,

JAMES UTHMEIER
ATTORNEY GENERAL

/s/ Anita J. Patel
_____
Anita J. Patel (FBN 0070214)
SPECIAL COUNSEL
Anita.Patel@myfloridalegal.com
Sara Spears (FBN 1054270)
Sara.Spears@myfloridalegal.com
Maryssa Hardy (FBN 1058666)
ASSISTANT ATTORNEY GENERAL
Maryssa.Hardy@myfloridalegal.com
ComplexLitigation.eservice@myfloridalegal.com
Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050
850-414-3300

*Attorneys for Defendants*