UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED FACULTY OF FLORIDA, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>BRIAN LAMB, in his official capacity as<br>Chair of the Florida Board of Governors, et al.<br><br>*Defendants*. | Case No. 1:24-cv-000136-MW-MAF |

## PLAINTIFF UFF-FSU'S RESPONSE TO DKT. NO. 62

In response to the Court's January 27, 2026 Order, Dkt. No. 62, Plaintiff United Faculty of Florida—Florida State University Chapter ("UFF-FSU") respectfully requests that, to best ensure against delay in the resolution of the relief sought in the pending motions, the Court proceed with the first option presented and revisit its prior dismissal and reopen the case as to UFF-FSU before ruling on the parties' summary judgment motions. If the Court finds that Plaintiff UFF-FSU has standing and reopens the case as to UFF-FSU, Plaintiff UFF-FSU respectfully requests leave to join the motion for summary judgment filed by Plaintiffs United Faculty of Florida ("UFF") and United Faculty of Florida—University of Florida ("UFF-UF"), Dkt. Nos. 45-46.

Plaintiffs reserve all rights.

| | |
|---|---|
| Dated: January 30, 2026 | Respectfully submitted, |
| | SELENDY GAY PLLC |
| | /s/ *Faith E. Gay* |
| Daniel J. McNeil | Faith E. Gay (FBN 129593) |
| American Federation of Teachers | Corey Stoughton |
| 555 New Jersey Avenue, N.W. | Hannah R. Miles |
| Washington, D.C. 20001 | SELENDY GAY PLLC |
| Tel: 202-879-4400 | 1290 Avenue of the Americas |
| dmcneil@aft.org | New York, NY  10104 |
| | Tel: 212-390-9000 |
| | fgay@selendygay.com |
| | cstoughton@selendygay.com |
| | hmiles@selendygay.com |
| | |
| | Mark H. Richard (FBN 305979) |
| | Philips, Richard & Rind, P.A. |
| | 9360 S.W. 72nd Street, Suite 283 |
| | Miami, FL 33173 |
| | Tel: 305-412-8322 |
| | mrichard@philipsrichard.com |
| | |
| | *Attorneys for Plaintiffs* |