**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

**UNITED FACULTY OF FLORIDA, et al.,**

***Plaintiffs,***

**v.** **Case No.: 1:24cv136-MW/MAF**

**BRIAN LAMB, in his official capacity as Chair of the Florida Board of Governors, et al.,**

***Defendants*.**

_______________________________________/

# JUDGMENT

This Court hereby DECLARES that section 1001.741(2), Florida Statutes, is preempted by the Federal Arbitration Act, 9 U.S.C. § 2. This Court GRANTS Plaintiffs' request for a permanent injunction. Neither Defendants Brian Lamb; Alan Levine; Manny Diaz, Jr.; Ashley Bell Barnett; John Brinkman; Timothy M. Cerio; Aubrey Edge; Patricia Frost; Carson Good; Edward Haddock; Ken Jones; Charles H. Lydecker; Craig Mateer; Jose Oliva; Amanda J. Phalin; Eric Silagy--all in their official capacities as members of the Florida Board of Governors of the State University System--nor Defendants Morteza Hosseini; Rahul Patel; David L. Brandon; Richard P. Cole; Cristopher T. Corr; James W. Heavener; Sarah D. Lynne; Daniel T. OKeefe; Marsha D. Powers; Fred S. Ridley; Patrick O. Zalupski; Anita G.

Zucker; John Brinkman--all in their official capacities as members of the University of Florida Board of Trustees--nor their successors in office, deputies, officers, employees, agents, nor any person in active participation or concert with Defendants shall enforce, nor permit enforcement of, section 1001.741(2), Florida Statutes as to the University of Florida Chapter of the United Faculty of Florida and its members and any members of the United Faculty of Florida who are also members of the University of Florida Chapter of the United Faculty of Florida. Defendants and their successors in office, as well as their deputies, officers, employees, agents, and any other person in active participation and concert with Defendants shall take all practicable measures within the scope of their official authority to ensure compliance with the terms of this Order. Finally, the Florida State University Chapter of the United Faculty of Florida's claims against the members of the Board of Governors and the members of the FSU Board of Trustees are DISMISSED for lack of jurisdiction.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

March 20, 2026
Date

s/A. Tinaya-Miller
Deputy Clerk: A. Tinaya-Miller