**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| UNITED FACULTY OF FLORIDA, et al.<br>*Plaintiffs*,<br>v.<br>BRIAN LAMB, in his official capacity as Chair of the Florida Board of Governors, et al.<br>*Defendants*. | Case No. 1:24-cv-000136-MW-MAF |

# NOTICE OF CROSS-APPEAL

Notice is hereby given that Plaintiffs United Faculty of Florida ("UFF"), Florida State University Chapter of the United Faculty of Florida (the "FSU Chapter"), and University of Florida Chapter of the United Faculty of Florida (the "UF Chapter") cross-appeal to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered on April 6, 2026 (Dkt. No. 76), and from certain orders merged into that judgment or that are otherwise reviewable under 28 U.S.C. § 1291.

Specifically, Plaintiffs cross-appeal from the following orders:

- the Court's Order Granting in Part and Denying in Part Defendants' Motion to Dismiss, entered on April 11, 2025 (Dkt. No. 39), insofar as it dismissed Plaintiff the FSU Chapter and Defendant Florida State University

Board of Trustees ("FSU Board of Trustees") for lack of standing and dismissed Count I of Plaintiffs' complaint for failure to state a claim under 42 U.S.C. § 1983;

- the Court's Order Denying Plaintiffs' Motion for Reconsideration, entered on March 17, 2026 (Dkt. No. 71), insofar as it affirmed the dismissal of the FSU Chapter and FSU Board of Trustees;

- the Court's Order on Cross-Motions for Summary Judgment, entered on March 20, 2026 (Dkt. No. 72), insofar as it ordered judgment dismissing the FSU Chapter and FSU Board of Trustees and did not award complete relief to Plaintiffs UF Chapter and UFF;

- and any related rulings, findings, conclusions, or portions of orders adverse to Plaintiffs that are reviewable in connection with the issues raised in this cross-appeal.

This Notice is timely filed within 14 days of May 5, 2026 under Fed. R. App. P. 4(a)(3).

Dated: New York, NY
May 18, 2026

Respectfully submitted,

SELENDY GAY PLLC

By: */s/ Faith E. Gay*

Faith E. Gay (FBN 129593)
Corey Stoughton
Hannah R. Miles
Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
cstoughton@selendygay.com
hmiles@selendygay.com

Mark H. Richard (FBN 305979)
Phillips, Richard & Rind, P.A.
9360 S.W. 72nd Street, Suite 283
Miami, FL 33173
Tel: 305-412-8322
mrichard@phillipsrichard.com

Daniel J. McNeil
American Federation of Teachers
555 New Jersey Avenue, N.W.
Washington, D.C. 20001
Tel: 202-879-4400
dmcneil@aft.org

*Attorneys for Plaintiffs*